## BEASLEY V. THE STATE.
(Decided January 15, 1914.)

APPEAL from Montgomery City Court.

Heard before Hon. ARMSTEAD BROWN.

· MARK D. BRAINARD, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—No error. Affirmed.